| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF CALIFORNIA |
| Case number *(if known)*      Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **DAAS Group, LLC** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA Sunaina Properties** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-3398018** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**4204 Chiavari Way**<br>**Manteca, CA 95337**<br>Number, Street, City, State & ZIP Code<br><br>**San Joaquin**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor __DAAS Group, LLC__     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

District __Eastern District of California, Sacramento Division__    When __10/08/24__    Case number __24-24521-A-11__

District _____    When _____    Case number _____

Debtor **DAAS Group, LLC**    Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

| Debtor | **DAAS Group, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor **DAAS Group, LLC**　　　　　　　　　　Case number (*if known*)
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**November 6, 2024**
　　　　　　　　MM / DD / YYYY

**X** **/s/ Amarpal Narang**　　　　　　　　　　**Amarpal Narang**
Signature of authorized representative of debtor　　Printed name

Title　**Managing Member**

**18. Signature of attorney**

**X** **/s/ Gabriel E. Liberman**　　　　　　　　　　Date **November 6, 2024**
Signature of attorney for debtor　　　　　　　　　　　　MM / DD / YYYY

**Gabriel E. Liberman**
Printed name

**Law Offices of Gabriel Liberman, APC**
Firm name

**1545 River Park Drive., STE 530**
**Sacramento, CA 95815**
Number, Street, City, State & ZIP Code

Contact phone　**916-485-1111**　　　Email address　**attorney@4851111.com**

**303010 CA**
Bar number and State

In re   <u>**DAAS Group, LLC**</u>                                                     Case No.   _____

Debtor(s)

# FORM 1. VOLUNTARY PETITION
### Attachment A

## RESOLUTION TO FILE CHAPTER 11 BANKRUPTCY
## *of* DAAS GROUP, LLC

WHEREAS, DAAS Group, LLC a California limited liability corporation (the "Corporation") is insolvent and unable to pay its debts when due, and WHEREAS, the Corporation and its creditors would best be served by reorganization of the Corporation under Chapter 11 of the Bankruptcy Code, be it:

*RESOLVED, that the Corporation file as soon as practicable for reorganization pursuant to Chapter 11 of the Bankruptcy Code.*

The undersigned hereby certifies that they are the designated party per the operating agreement duly formed pursuant to the laws of the state of California and that the foregoing is a true record of a resolution duly adopted at an board meeting and that said meeting was held in accordance with state law and the Corporation's operating agreement of the above-named Corporation and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have subscribed my name to this document on this 6th day of November in the year 2024.


Signature: <u>/s/ Amarpal Narang</u>

Print Name: <u>Amarpal Narang</u>

Title: <u>Managing Member</u>

```
U.S.D.O.J. - Office of the U.S. Trustee
Eastern District of CA / Sacramento
Robert T. Matsui U.S. Courthouse
501 "I" St., 7th Floor, Room 7-500
Sacramento, CA 95814


DAAS Group, LLC
4204 Chiavari Way
Manteca, CA 95337


Anju Narang
948 River Bend Drive
Lathrop, CA 95330


BHM & S
928 CASABLANCA ST
Visalia, CA 93292-3529


BLOOMVERSE INVESTMENTS
3909 S MARYLAND PARKWAY STE #50
Las Vegas, NV 89119


Board of Equalization
450 N. Street, MIC 55
Sacramento, CA 95814


BUSTOS
PO BOX 1070
Exeter, CA 93221


Cal-State Fire
PO BOX 4193
Modesto, CA 95352


Citizens Business Bank
Attn: An Officer
701 N Haven Avenue
Ontario, CA 91764


CITY OF MODESTO
PO BOX 767
Modesto, CA 95353
```

```
CITY OF WATERFORD
PO BOX 199
WATERFORD


CONTRACTING SERVICES
968 D ST APT G
Merced, CA 95341


Employment Development Department
Bankruptcy Group, MIC 92E
P.O. Box 826880
Sacramento, CA 94280


ESSENTIAL PEST CONTROL
1625 HOWARD ROAD #437
Madera, CA 93637


Evolution Heating & Cooling
PO BOX 3610
Visalia, CA 93278


Franchise Tax Board
Bankruptcy Section
P.O. Box 2952 MSA - 340
Sacramento, CA 95812


GILTON WASTE MGMT
755 S YOSEMITE ST
Oakdale, CA 95361


Guardian Fire Safety
8248 W Doe Ave
Visalia, CA 93291


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Johnson Electric
884 Vanderbilt CT
Merced, CA 95348


LANDLORDS EVICTION
PO BOX 3283
Modesto, CA 95353
```

Madera County Tax Collector  
200 W 4th St #2  
Madera, CA 93637

Mayol & Barringer  
PO BOX 3049  
Modesto, CA 95353

McKinley, Conger, Jolly & Galarneau, LP  
Attn: Anju Narang  
3031 West March Lane, Suite 230 West  
Stockton, CA 95219-6500

MERCED COUNTY TAX COLLECTOR  
2222 M St., 1st Floor  
Merced, CA 95340

MID  
PO BOX 5355  
Modesto, CA 95352

Pacific Gas & Electric Company  
Credit and Records Center  
P.O. Box 8329  
Stockton, CA 95208

Receivership Specialists  
Attn: Kevin Singer  
11500 W. Olympic Blvd, Ste 530  
Los Angeles, CA 90064

San Joaquin County Tax Collector  
44 North San Joaquin Street First Floor,  
Suite 150  
Stockton, CA 95202

Smith Plumbing  
968 D St Apt G  
Merced, CA 95341

STANISLAUS COUNTY TAX COLLECTOR  
1010 10th St #2500  
Modesto, CA 95354

United States Bankruptcy Court
Attn: Clerk, U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814


VALIANT PROPERTY MANAGEMENT
PO BOX 3610
Visalia, CA 93278


VISALIA EVICTIONS
PO BOX 1382
Visalia, CA 93279


WEDONIT INC
20980 REDWOOD ROAD STE 100
Castro Valley, CA 94546

# United States Bankruptcy Court
## Eastern District of California

In re  **DAAS Group, LLC**　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　Debtor(s)　　Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **DAAS Group, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 6, 2024**
Date

**/s/ Gabriel E. Liberman**
**Gabriel E. Liberman**
Signature of Attorney or Litigant
Counsel for  **DAAS Group, LLC**
**Law Offices of Gabriel Liberman, APC**
**1545 River Park Drive., STE 530**
**Sacramento, CA 95815**
**916-485-1111 Fax:916-485-1111**
**attorney@4851111.com**